PROPOSED ORDER/COVER SHEET

TO: Honorable Donna M. Ryu
U.S. Magistrate Judge

RE: AHMAD, Azeem

FROM: Roy Saenz, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR12-00248-6

DATE: January 31, 2013

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Timothy R. Elder II
U.S. PRETRIAL SERVICES OFFICER

(510)637-3753
TELEPHONE NUMBER

RE: STATUS/INFORMATION

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [x] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4, 3rd Flr._ on _2/11/13_ at _9:30 AM_.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  A.

  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(ASA and Defense Counsel).

- [ ] Other Instructions:

_____
JUDICIAL OFFICER

2/1/13
DATE

Cover Sheet (02/07/2011)