UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY JOSE MEYERS,<br><br>    Defendant.<br>_____/ | No. CR 12-00248-3 PJH<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT'S MOTION FOR PRODUCTION OF CASE FILE** |

Defendant Anthony Jose Meyers, appearing pro se, has filed a motion to compel his attorney or the government to produce material necessary for him to file a timely petition under 28 U.S.C. § 2255. Doc. no. 166. Defendant indicates that he is preparing habeas claims of ineffective assistance of counsel, sentencing entrapment and *Alleyne* violations. Defendant seeks an order requiring his attorney to turn over the complaint, indictment, plea agreement, transcripts of the change of plea hearing and sentencing transcripts filed in this case.

IT IS HEREBY ORDERED that attorney Erick L. Guzman SHOW CAUSE in writing why an order compelling him to provide defendant with the requested documents should not issue. Counsel must file and serve a written response to this order to show cause by November 15, 2013. No hearing will be held and the matter will be deemed submitted on the papers.

IT IS FURTHER ORDERED that if defendant seeks additional time by which to file a § 2255 motion, he must file a motion for extension of time.

**IT IS SO ORDERED.**

Dated: November 5, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge